UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHELLE KERBAN,

      Plaintiff,

v.

KOHL'S DEPARTMENT STORES, INC.
and D.H. PACE COMPANY, INC.,
Jointly and Severally,

      Defendants.

Hon. Timothy P. Greeley
Case No.: 2:16-cv-168-GJQ-TPG

---

Keith W. DeForge (P76935)
Phillip B. Toutant (P72992)
NUMINEN, DEFORGE & MATHIEU, P.C.
105 Meeske Ave.
Marquette, MI 49855
(906) 226-2580
(906) 226-2248
keith@numinenlaw.com
phillip@numinenlaw.com

Thomas G. Cardelli (P31728)
Michele B. Dunsky (P77700)
CARDELLI LANFEAR, P.C.
Attorney for Defendant D.H. Pace
322 W. Lincoln Ave
Royal Oak, MI 48067
(248) 544-1100
(248) 544-1191 Fax
tcardelli@cardellilaw.com
mdunsky@cardellilaw.com

Thomas L. Cooper (P44194)
PLUNKETT COONEY
Attorney for Defendant Kohl's Dept. Stores, Inc.
303 Howard Street
Petoskey, MI 49770
(231) 348-6433
tcooper@plunkettcooney.com

---

**CERTIFICATE OF SERVICE**

    The undersigned certifies that Defendant D.H. Pace Company Inc.,'s Motion for Summary Judgment Pursuant, Brief in Support and this Certificate of Service were served upon counsel of record via the Court's ECF System to their respective email

addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on December 22, 2016.

                                              Respectfully Submitted,

                                              <u>/s/Thomas G. Cardelli   (P31728)</u>
Thomas G. Cardelli (P31728)
Michele B. Dunsky (P77700)
CARDELLI LANFEAR, P.C.
Attorney for Defendant D.H. Pace
322 W. Lincoln Ave
Royal Oak, MI 48067
(248) 544-1100
(248) 544-1191 Fax
tcardelli@cardellilaw.com
mdunsky@cardellilaw.com